## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: James Shaulis**                   **:**    **CHAPTER 13**
       **Debtors**                          **:**    **BANKRUPTCY NO.  19-11262**

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

                                      /s/ Gary E. Thompson
                                      GARY E. THOMPSON
                                      ATTORNEY FOR DEBTOR(S)

Date: 4/8/19

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix