UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-11262-JKF-13

JAMES N. SHAULIS  Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                    Bankr. Case No. 19-11262-JKF-13

JAMES N. SHAULIS                                                                Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 13, 2019 :

| | |
|---|---|
| GARY E THOMPSON<br>150 E SWEDESFORD RD<br>WAYNE, PA  19087 | U.S. Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101 |

By __/s/ Mandy Youngblood__
    Mandy Youngblood

xxxxx08546 / 982762