# FACTS ABOUT YOUR 2017 SOCIAL SECURITY BENEFIT STATEMENT

Your 2017 Social Security Benefit Statement is on the back of this form. Use it, along with the information below, to see if part of your Social Security benefits may be taxable.

**What You Need To Do**
Use the 2017 statement on the reverse, with the Internal Revenue Service (IRS) Notice 703 below, to see if any of your Social Security benefits are taxable. Do not return this

**Box 2-"Social Security Number"**– shows the Social Security number of the person shown in Box 1, if we have the number.

**Box 3-"Benefits Paid in 2017"**– shows the total amount of Social Security we paid you in

**Box 4-"Benefits Repaid to SSA in 2017"**– shows the total amount of benefits you repaid us in 2017. We show items that apply to you in the column headed "Description of Amount in Box 4."

**Box 5-"Net Benefits for 2017"**–

## FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2017**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| JAMES N SHAULIS | 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 |

| Box 3. Benefits Paid in 2017 | Box 4. Benefits Repaid to SSA in 2017 | Box 5. Net Benefits for 2017 *(Box 3 minus Box 4)* |
|---|---|---|
| $19,971.00 | NONE | $19,971.00 |

| DESCRIPTION OF AMOUNT IN BOX 3 | | DESCRIPTION OF AMOUNT IN BOX 4 |
|---|---|---|
| Paid by check or direct deposit | $18,102.95 | NONE |
| Medicare Part B premiums deducted from your benefits | $1,320.00 | |
| Medicare Prescription Drug Premiums (Part D) deducted from your benefits | $400.80 | |
| Treasury Benefit Payment-Offset, Garnishment and/or Tax Levy | $147.25 | |
| Total Additions | $19,971.00 | |
| Benefits for 2017 | $19,971.00 | |

Box 6. Voluntary Federal Income Tax Withheld

NONE

Box 7. Address

JAMES N SHAULIS
417 BUCKTOE RD
AVONDALE PA  19311-9787

Box 8. Claim Number *(Use this number if you need to contact SSA.)*

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A

DO NOT RETURN THIS FORM TO SSA OR IRS

Form SSA-1099-SM (1-2018)