

# Employee Earnings for
# JAMES SHAULIS

202 Heritage Park Drive
Murfreesboro, TN 37129

Check No: DD0000000000001726804
Check Date: 03/01/2019
Period Dates: 02/18/2019 to 02/24/2019

JAMES SHAULIS
417 BUCKTOE RD
AVONDALE, PA 193119787

## Earnings Info

| Description | This Check | YTD Amount |
|---|---|---|
| **Wages** | | |
| HOURLY ADMIN (40 x 20) | $800.00 | $4,600.00 |
| **Deductions** | | |
| DENTAL PLAN 2 EE ONLY 2019 | $5.62 | $44.96 |
| PA LOCAL SERVICES TAX $52/YR | $1.00 | $9.00 |
| VISION EE ONLY 2019 | $1.83 | $14.64 |
| **Taxes** | | |
| CHESTR NewGardenTWP/Kennett sd | $9.75 | $94.21 |
| FEDERAL TAX | $82.61 | $977.37 |
| MEDICARE | $11.50 | $120.15 |
| PA STATE TAX | $24.33 | $254.38 |
| Pennsylvania Unemployment tax | $0.52 | $5.03 |
| SOCIAL SECURITY | $49.14 | $513.73 |
| **Totals** | | |
| GROSS PAY | $800.00 | $8,360.31 |
| NET PAY | $613.70 | $6,312.12 |

## Banking Info

**Direct Deposit Info**

XXXXXX 3878 $613.70



# Employee Earnings for
# JAMES SHAULIS

202 Heritage Park Drive
Murfreesboro, TN 37129

Check No: DD0000000000001730939
Check Date: 03/08/2019
Period Dates: 02/25/2019 to 03/03/2019

JAMES SHAULIS
417 BUCKTOE RD
AVONDALE, PA 193119787

## Earnings Info

| Description | This Check | YTD Amount |
|---|---|---|
| **Wages** | | |
| HOURLY ADMIN (40 x 20) | $800.00 | $5,400.00 |
| **Deductions** | | |
| DENTAL PLAN 2 EE ONLY 2019 | $5.62 | $50.58 |
| PA LOCAL SERVICES TAX $52/YR | $1.00 | $10.00 |
| VISION EE ONLY 2019 | $1.83 | $16.47 |
| **Taxes** | | |
| CHESTR NewGardenTWP/Kennett sd | $9.00 | $103.21 |
| FEDERAL TAX | $82.61 | $1,059.98 |
| MEDICARE | $11.49 | $131.64 |
| PA STATE TAX | $24.33 | $278.71 |
| Pennsylvania Unemployment tax | $0.48 | $5.51 |
| SOCIAL SECURITY | $49.14 | $562.87 |
| **Totals** | | |
| GROSS PAY | $800.00 | $9,160.31 |
| NET PAY | $614.50 | $6,926.62 |

## Banking Info

### Direct Deposit Info
XXXXXX 3878                                         $614.50



# Employee Earnings for
# JAMES SHAULIS

202 Heritage Park Drive
Murfreesboro, TN 37129

Check No: DD0000000000001734319
Check Date: 03/15/2019
Period Dates: 03/04/2019 to 03/10/2019

JAMES SHAULIS
417 BUCKTOE RD
AVONDALE, PA 193119787

## Earnings Info

| Description | This Check | YTD Amount |
|---|---|---|
| **Wages** | | |
| HOURLY ADMIN (31.5 x 20) | $630.00 | $6,030.00 |
| **Deductions** | | |
| DENTAL PLAN 2 EE ONLY 2019 | $5.62 | $56.20 |
| PA LOCAL SERVICES TAX $52/YR | $1.00 | $11.00 |
| VISION EE ONLY 2019 | $1.83 | $18.30 |
| **Taxes** | | |
| CHESTR NewGardenTWP/Kennett sd | $7.09 | $110.30 |
| FEDERAL TAX | $62.21 | $1,122.19 |
| MEDICARE | $9.03 | $140.67 |
| PA STATE TAX | $19.11 | $297.82 |
| Pennsylvania Unemployment tax | $0.38 | $5.89 |
| SOCIAL SECURITY | $38.60 | $601.47 |
| **Totals** | | |
| GROSS PAY | $630.00 | $9,790.31 |
| NET PAY | $485.13 | $7,411.75 |

## Banking Info

### Direct Deposit Info
XXXXXX 3878                                                                 $485.13