# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James N. Shaulis<br>　　　　　　　　Debtor(s)<br><br>The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>James N. Shaulis<br>　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br><br><br>NO. 19-11262 JKF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon, successor to The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1, which was filed with the Court on or about **May 3, 2019, docket number 15**.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

July 8, 2019