United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James N. Shaulis  
     Debtor

Case No. 19-11262-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Lisa    Page 1 of 1    Date Rcvd: Aug 29, 2019  
                   Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.  
db          +James N. Shaulis,    417 Bucktoe Road,    Avondale, PA 19311-9787

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr          +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 30 2019 03:17:16  
              AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,  
              Arlington, TX 76096-3853  
cr          +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 30 2019 03:17:16  
              Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,  
              Arlington, TX 76014-4101  
                                                                                                                TOTAL: 2

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:  
         GARY E. THOMPSON    on behalf of Debtor James N. Shaulis get24esq@aol.com  
         POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,  
           ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank  
         of New York, not in its individual capacity but solely as Trustee, et al. bkgroup@kmllawgroup.com  
         SCOTT    WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,  
           ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM  
           Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                     TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: JAMES N. SHAULIS ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL SERVICES, INC. ) | |
| dba GM FINANCIAL ) | Case No.: 19-11262 (JKF) |
| **Moving Party** ) | |
| ) | **Hearing Date:  8-28-19 at 9:30 AM** |
| v.          ) | |
| ) | |
| JAMES N. SHAULIS ) | 11 U.S.C. 362 |
|   LORRAINE A. SHAULIS ) | |
| **Respondent(s)** ) | 11 U.S.C. 1301 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated ~~pursuant to Fed. R. Bankr. P. Rule 4001(a)(3)~~ to permit the movant to pursue the movant's rights in the personal property described as a **2012 Chevrolet Silverado 1500** bearing vehicle identification number 1GCNCPEX8CZ273070 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.
   Rule 4001(a)(3) does not apply to this proceeding.

Dated: 8/29/19

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon