## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James Shaulis : CHAPTER 13
            Debtor :
                      BANKRUPTCY NO. 19-11262

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss filed by the Standing Trustee William Miller ( the "Trustee"), and after notice and hearing, it is hereby ORDERED that,

1. This Chapter 13 bankruptcy case is DISMISSED.
2. Counsel for Debtor(s) shall file a master list with the clerk of the Bankruptcy Court if such has not been previously filed.
3. Any wage orders previously entered are VACATED.
4. Pursuant to 11 U.S.C. 349 (b)(3), the undistributed Chapter 13 plan payments in possession of the Trustee shall NOT revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).
5. All Applications for Allowance of Administrative Expenses including Applications for Allowance of Professional Fees shall be filed within twenty (20) days of the entry of this Order.
6. Counsel for Debtor(s) shall serve this order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certificate of Service confirming such service and (1) a Certificate of No Response confirming that neither and objection to the proposed compensation nor an Application for Administrative Expenses has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.
7. If no Certification, as required in Paragraph 6 above, has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee, if any applications for administrative expenses other than Debtor(s) Counsel's have been filed, set a hearing date theron or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. 1326 (a)(2).

                                                        _____
                                                                      J.

Dated:_____

_____