United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                        Case No. 19-11262-jkf
James N. Shaulis                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR           Page 1 of 2           Date Rcvd: Sep 12, 2019
                             Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
```
db           +James N. Shaulis,    417 Bucktoe Road,    Avondale, PA 19311-9787
14361408     +Americredit Financial Services, Inc.,    d/b/a GM Financial,    Morton & Craig,
               110 Marter Ave, Ste 301,    Moorestown, NJ 08057-3125
14281143     +Caliber Home Loans,    POB 650856,    Dallas, TX 75265-0856
14323632      The Bank of New York Mellon, Et Al...,    Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
14284261     +The Bank of New York Mellon, successor to The Bank,    C/O Rebecca A Solarz, Esquire,
               KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:15     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:57
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
               AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
               Arlington, TX 76096-3853
cr           +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
               Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
               Arlington, TX 76014-4101
14310388      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50
               Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
               Arlington, TX 76096
14281144     +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Sep 13 2019 02:57:50     GM Financial,
               POB 183123,    Arlington, TX 76096-3123
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14281145        IRS
14319857*      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                (address filed with court:   AmeriCredit Financial Services, Inc.,    dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
```
              GARY E. THOMPSON    on behalf of Debtor James N. Shaulis get24esq@aol.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank
               of New York, not in its individual capacity but solely as Trustee, et al. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                  Date Rcvd: Sep 12, 2019
                              Form ID: pdf900             Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James Shaulis : CHAPTER 13
        Debtor :
                      BANKRUPTCY NO. 19-11262

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss filed by the Standing Trustee William Miller ( the "Trustee"), and after notice and hearing, it is hereby ORDERED that,

1. This Chapter 13 bankruptcy case is DISMISSED.
2. Counsel for Debtor(s) shall file a master list with the clerk of the Bankruptcy Court if such has not been previously filed.
3. Any wage orders previously entered are VACATED.
4. Pursuant to 11 U.S.C. 349 (b)(3), the undistributed Chapter 13 plan payments in possession of the Trustee shall NOT revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).
5. All Applications for Allowance of Administrative Expenses including Applications for Allowance of Professional Fees shall be filed within twenty (20) days of the entry of this Order.
6. Counsel for Debtor(s) shall serve this order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Counsel shall file a Certificate of Service confirming such service and (1) a Certificate of No Response confirming that neither and objection to the proposed compensation nor an Application for Administrative Expenses has been filed or (2) certify that such applications have been filed and setting a hearing on all such applications.
7. If no Certification, as required in Paragraph 6 above, has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee, if any applications for administrative expenses other than Debtor(s) Counsel's have been filed, set a hearing date theron or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. 1326 (a)(2).

                                                                                   J.

**Date: September 11, 2019**

Dated:_____

_____